Jean-Claude Lapuyade (CA Bar No. 248676)
jlapuyade@jcl-lawfirm.com
JCL LAW FIRM, APC
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
Tel: 619-599-8292
Fax: 619-599-8291

Jason J. Thompson (admitted *pro hac vice*)
jthompson@sommerspc.com
Rod M. Johnston (admitted *pro hac vice*)
rjohnston@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiff and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERTO MORENO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DASH LUBE**, **GHARDASH ENTERPRISES, INC.**, **KAYLA CORP**, collectively d/b/a as Jiffy Lube, **PAYAM RYAN GHARDASH** and **POYA PAUL GHARDASH**,<br><br>Defendants. | Case No.: 3:18-cv-1922-DMS-AHG<br><br>**RENEWED JOINT MOTION TO DECERTIFY THE WAGE STATEMENT CLASS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23** |

Plaintiff Roberto Moreno ("Plaintiff") and Defendants Dash Lube, Ghardash Enterprises, Inc., Kayla Corp, collectively d/b/a Jiffy Lube, Payam Ryan Ghardash and Poya Paul Ghardash ("Defendants") (Plaintiff and Defendants being referred to collectively herein as "the Parties") hereby request, for good cause, that the Court GRANT their Renewed Joint Motion to Decertify the Wage Statement Class Pursuant to Federal Rules of Civil Procedure 23. The Parties have settled this matter as to the individual claims of Plaintiff and the 12 individuals who elected to opt into the conditionally certified collective action under the Fair Labor Standards Act (FLSA). The purpose of the Parties' Renewed Joint Motion to Decertify the Wage Statement Class is so that the Parties can promptly dismiss the case, without prejudice to the absent members of the Wage Statement Class, and begin administering the individual settlements according to the terms of the Parties' Settlement Agreement.

Dated: March 24, 2021

**SOMMERS SCHWARTZ, P.C.**

By: /s/ Rod M. Johnston
Jason J. Thompson (admitted *pro hac vice*)
Rod M. Johnston (admitted *pro hac vice*)
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453
jthompson@sommerspc.com
rjohnston@sommerspc.com

*Attorneys for Plaintiff*

**VALIANT LAW**
By: /s/ w/consent Raymond Babaian
Raymond Babaian (State Bar # 232486)
4150 Concours, Suite 260
Ontario, California 91760
Telephone: +1 909 677 2270
Facsimile: +1 909 677 2290
rb@valiantlaw.com

*Attorneys for Defendants*

---

MEMORANDUM OF LAW IN SUPPORT OF RENEWED JOINT MOTION TO DECERTIFY THE WAGE STATEMENT CLASS
Moreno v Dash Lube, et al. 3:18-CV-1922-DMS-AHG

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 24, 2021	**SOMMERS SCHWARTZ, P.C.**

By: /s/ Rod M. Johnston
Rod M. Johnston (*admitted pro hac vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453
rjohnston@sommerspc.com