# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTO MORENO**, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>**DASH LUBE**, **GHARDASH ENTERPRISES, INC.**, **KAYLA CORP**, collectively d/b/a Jiffy Lube, **PAYAM RYAN GHARDASH** and **POYA PAUL GHARDASH**,<br><br>      Defendants. | Case No.: 3:18-cv-1922-DMS-AHG<br>Hon. District Judge Dana M. Sabraw<br>Hon. Magistrate Judge Allison H. Goddard<br><br>**ORDER OF DISMISSAL** |

This matter having come before the Court pursuant to the stipulation of the parties, by and through their counsel, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the putative collective and class allegations asserted in the above-referenced action be and hereby are dismissed without prejudice; and

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that the individual claims of Plaintiff Roberto Moreno and the opt-in plaintiffs are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 4, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court